

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATTON BOGGS LLP,

    Plaintiff,

v.

CHEVRON CORPORATION,

    Defendant.

Case No. 12-cv-09176 (u/a)

SUBSTITUTION OF COUNSEL

We, the undersigned, hereby consent and agree that James Leader, Esq., located at 630 Third Avenue, 17th Floor, New York, NY 10016 be substituted in the place and stead of the undersigned, James E. Tyrrell, Esq., as attorney for Plaintiff Patton Boggs LLP in the above-captioned action.

Executed: December 18, 2012

LEADER & BERKON LLP

_/s/ James K. Leader_
James K. Leader, Esq.
630 Third Avenue, 17th Floor,
New York, NY 10017
Phone: (212) 486-2400
Fax: (212) 486-3099

PATTON BOGGS LLP

_/s/ James E. Tyrrell, Jr._
James E. Tyrrell, Esq.
1185 6th Avenue
New York, NY 10036
Phone: (646) 557-5100
Fax: (646) 557-5101

IT IS SO ORDERED.

Date: December 26, 2012

_/s/ Andrew L. Carter, Jr._

1

USDC SD.
DOCUMENT
ELECTRONICAL.. FILED
DOC #:_____
DATE FILED: 12-26-12