**EXHIBIT C**



# Squire Sanders, Patton Boggs Merger Deal Nears Completion

**David McAfee**

Law360, Los Angeles (May 14, 2014, 10:39 PM ET) -- Struggling law firm Patton Boggs LLP is on the verge of completing a much-anticipated merger with Squire Sanders LLP in a move that would shut down a competing merger offer made by Dentons, Legal Week reported Wednesday citing a source involved in the discussions.

Dentons' Global Chief Executive Officer Elliott Portnoy said in March that the firm made an offer to Patton Boggs and that the deal was still on the table despite Patton Boggs' ongoing talks to be absorbed by Squire Sanders. But now, a source close to the matter has said that Dentons' offer hasn't evolved or progressed beyond initial talks, according to Legal Week.

Instead, Patton Boggs plans to complete its previous deal with Squire Sanders. The new firm would have approximately 1,700 lawyers in 45 offices across 22 countries, according to the news report.

Representatives for Patton Boggs, Dentons and Squire Sanders didn't immediately return requests for comment late Wednesday night.

The media report of the merger deal between Patton Boggs and Squire Sanders nearing completion is the most recent development in the ongoing discussions between the various firms, coming less than a month after two more Patton Boggs partners joined a steady stream of departures from the struggling lobbying firm as it negotiated the deal.

Among the latest to exit were litigation partners Scott Weber, who had been attached to the firm's Newark, New Jersey, office, and Shannon Conway, who recently left Patton Bogg's shrinking Dallas outpost. The pair joined a growing list of partners who have left in recent months as Patton Boggs tried to stabilize amid a cash shortage and sharply down revenues in the last two years.

Washington, D.C.-based Patton Boggs made two rounds of lawyer and staff layoffs last year as it tried to shed overhead and re-engineer its partner compensation system, and has hired a restructuring "work out" firm and a bankruptcy lawyer. The firm's year-to-year gross revenues dropped 12 percent last year to $278 million.

Patton Boggs has been engaged since at least February in merger talks with the far larger Squire Sanders and a previous deal to be absorbed by Texas' Locke Lord LLP fell apart as partners at Locke Lord balked at potential liability springing from Patton Boggs' involvement in a fight over a pollution judgment in Ecuador against Chevron Inc.

Earlier this month, however, Patton Boggs **paid Chevron $15 million** and expressed regret for pressing the discredited $9.5 billion Ecuadorian pollution judgment, an extraordinary settlement that attorneys said not only resolves the firm's substantial liability on the cheap, but also removes a major obstacle in its search for a merger partner.

--Additional reporting by Andrew Strickler. Editing by Chris Yates.